JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MINGXING SUN,

           Petitioner,

      v.

MARKWAYNE MULLIN, *et al.*,

          Respondents.

Case No. 5:26-cv-02221-JWH-DMK

**JUDGMENT**

Pursuant to the "Order Accepting Magistrate Judge's Report and Recommendation" entered on or about June 17, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition for Writ of Habeas Corpus is **GRANTED**.

**IT IS SO ORDERED.**

Dated:_____June 26, 2026_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE